UST-31, 3-03

TRUDY A. NOWAK
PMB # 418
4802 E RAY ROAD, SUITE 23
PHOENIX AZ 85044-6417
(480) 759-0524

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| GOLEMBIEWSKI, STEVEN ALBERT | ) | CASE NO. 09-23675-EWH |
| GOLEMBIEWSKI, BRANDIE LYNNE | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

TRUDY A. NOWAK, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 6 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - MERVYN"S<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | $3.87 |

| | |
|---|---|
| January 20, 2011 | /s/ Trudy A Nowak |
| DATE | TRUDY A. NOWAK, TRUSTEE |